Prob12B
D/NV Form
Rev. Mar. 2007

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB - 1 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

United States District Court

for

the District of Nevada

# REQUEST FOR MODIFICATION
## TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
*Probation Form 49 (Waiver of Hearing) is Attached*
January 31, 2012

**Name of Offender:** JAY AUGUST SWANSON

**Case Number:** 3:03-cr-0140-LRH-RAM

**Name of Sentencing Judicial Officer:** Honorable Larry R. Hicks

**Date of Original Sentence:** March 18, 2004

**Original Offense:** Possession of an Unregistered Firearm

**Original Sentence:** 100 months imprisonment with 3 years supervised release

**Date Supervision Commenced:** January 4, 2012

## PETITIONING THE COURT

__ To extend the term of supervision _____ Months, for a total term of _____ Months.

✓ To modify the conditions of supervision as follows:

1. **Residential Re-entry Center** - You shall reside at and participate in the program of a residential re-entry center for a period of up to six months as approved and directed by the probation officer.

## CAUSE

On January 4, 2012, Swanson commenced his 3 year term of supervised release after completion of 100 months imprisonment following his conviction for Possession of Unregistered Shotgun. Swanson was accepted for supervision by the District of North Dakota. At this time, Swanson is indigent and therefore the District of North Dakota is requesting that Swanson's conditions of supervision be modified by adding up to six month residential re-entry center placement. This will afford Swanson the opportunity to find gainful full-time employment so that he may sustain himself. Swanson is in agreement with this modification as shown on the attached Probation Form 49-Waiver of Hearing to Modify Conditions of Supervised Release.

Respectfully submitted,

TODD WHITE
Supervising United States Probation Officer

## THE COURT ORDERS:

_____ No action

_____ The extension of supervision as noted above

__✓__ **The modification of conditions as noted above**

_____ Other

Signature of Judicial Officer

1/31/12
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Reside in Residential Re-entry Center** - You shall reside at and participate in the program of a residential re-entry center for a period of up to six months as approved and directed by the probation officer.

Witness _____  Signed _____
U.S. Probation Officer                                Probationer or Supervised Releasee

_____
1-23-12
Date